ACCEPTED
02-15-00013-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
1/22/2015 2:47:08 PM
DEBRA SPISAK
CLERK

Case Number 02-15-00013-CV

IN THE SECOND DISTRICT COURT OF APPEALS
at Fort Worth

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
01/22/2015 2:47:08 PM
DEBRA SPISAK
Clerk

HAROLD A. RUMZEK,

Appellant,

v.

BRYAN D. LUCCHESI,

Appellee.

From Cause No. 352-265227-13 in the 352nd Judicial District Court
of Tarrant County

## NOTICE OF APPEARANCE AND DESIGNATION OF
## LEAD COUNSEL

**WALTERS, BALIDO & CRAIN, L.L.P.**

**Gregory R. Ave**
State Bar No. 01448900
10440 North Central Expressway
Meadow Park Tower, Suite 1500
Dallas, Texas 75231
Telephone Number (214) 347-8310
Facsimile Number (214) 347-8311
Greg.ave@wbclawfirm.com

**January 22, 2015**                    ATTORNEY FOR APPELLEE

TO THE HONORABLE FORT WORTH COURT OF APPEALS:

COMES NOW, Gregory R. Ave, a partner in the law firm of Walters, Balido & Crain, L.L.P., pursuant to Texas Rules of Appellate Procedure 6.1(c), and files this Notice of Appearance and Designation of Lead Counsel for Appellee Bryan D. Lucchesi. ("Appellee"). Accordingly, counsel for Appellee requests the Court take notice and that all correspondence, notices, briefs, pleadings, motions, orders, opinions, judgments, and other communications be directed to the undersigned. Pursuant to Texas Rule of Appellate Procedure 6.1(c), the following information is being provided regarding lead counsel:

Gregory R. Ave
Texas State Bar No. 01448900
Walters, Balido & Crain, L.L.P.
Meadow Park Tower, Suite 1500
10440 North Central Expressway
Dallas, Texas 75231
Telephone Number: (214) 347-8310
Facsimile Number: (214) 347-8311
greg.ave@wbclawfirm.com.

Respectfully submitted,

**WALTERS, BALIDO & CRAIN, L.L.P.**


By:   */s/ Gregory R. Ave*
        Gregory R. Ave
        Texas State Bar No. 01448900
        greg.ave@wbclawfirm.com
        10440 North Central Expressway
        Meadow Park Tower, Suite 1500
        Dallas, Texas 75231
        (2l4) 347-8310
        (2l4) 347-8311 (facsimile)

        ATTORNEY FOR APPELLEE
        BRYAN D. LUCCHESI


# CERTIFICATE OF SERVICE

On January 22, 2015, a true and correct copy of the foregoing was sent to opposing counsel of record as follows:

Ernest (Skip) Reynolds III, Esquire          **Via E-serve**
Law Offices of Ernest (Skip) Reynolds III
314 Main Street, Suite 202
Fort Worth, Texas 76102-7423

ATTORNEY FOR APPELLANT
HAROLD A. RUMZEK

            */s/ Gregory R. Ave*
            Gregory R. Ave